FILED
CHARLOTTE, NC

MAR 23 2026

US DISTRICT COURT
WESTERN DISTRICT OF NC

District Court of the United States for the Western District of North Carolina

Charlotte-Division

In the Matter of Samantha L. Small, private-citizen and her children, Original-Plaintiff-Claimant,

against       3:26-cv-230-FDW

Concord Children Academy; Catherine Hardwick, Director; and Blair Hammonds, Assistant Director, private-citizen, legal entity, hereinafter, Defendants-Respondents.

### JOINDER OF CLAIMS FOR RELIEF AND CIVIL-RIGHTS COMPLAINT

Come now the Claimant named and described in the above heading, and says:

### JUDICIAL POWER AND LIMITED JURISDICTION

1. This Court and the presiding judge and the executive and judicial officers have limited jurisdiction over the subject-matter and over the jurisdiction over the individual-persons and legal entity.
2. The district court of the United States and/or United States District Court for the Western District of North Carolina Charlotte-Division has judicial power pursuant to the Constitution for the United States of America in the Republican Article IV, Section 2 and Section 4; Article VI, Clause 2 and Clause 3; and Article-Amendments I, V, VII, and XIV, Sections 1 and 5.
3. This suit and redress of grievance is authorized under 28 U.S.C.A. Sections 1331 and 1332 et seq.; and 42 U.S.C.A. Section 1983, et seq.

### STATEMENT OF THE FACTS AND ISSUES FOR THE TRIERS OF LAW AND FACTS

4. Both the Claimant and Respondents were in a bona fide contract for daycare services with regards and respects to Claimant's minor children, all of which are under the age of five (5) years old.
5. On Friday, March 20, 2026, Defendants called Claimant to come and get her children from Defendant's place of business as said children were being spontaneously terminated with clear explanation or without according Claimant some form and manner of due process hearing and equal protection of the laws.

1

6. Claimant is an Afro-American female, and created a trust-beneficiary relationship with the Defendants, but now that relationship has been breached at the hands and conduct of Defendants Hardwick and Hammonds.
7. Subsequent disclosure, discovery, production of documents, and instruments under the rules of evidence, will tend to show that Defendants Hardwick and Hammonds acted under colors of law, bad faith, unfair business practices, discrimination, prejudice, unregulated acts contrary to the Constitutional Article-Amendments V and XIV and the North Carolina Constitution Article I Declaration of Rights.
8. That Defendants actions have and continues to cause Claimant hardship and burdensome that is causing Claimant to miss employment hours, receive shorter pay, the inconvenience of having to relocate said children to another daycare center and the financial burden of paying additional and excessive registration fees and farther transportation.
9. This claim is subject to subsequent amendment and supplemental claims following discovery request and mandates.

## PROPOSED CLAIMS FOR COMPERSATORY DAMAGES, PUNITIVE DAMAGES, AND COSTS AND ATTORNEY'S FEES

a. For emotional and mental anguish, pains and sufferings, mental stress, and irreparable injuries, Your Claimant demands eighty-five thousand dollars ($85,000.) in gold and silver or any coins, or United States currency;
b. Your Clamant demands punitive damages in the 1-1 ratio equivalent of the said compensatory damages listed above whereby to deter Defendants from any future practices that directly and/or indirectly violate an individual's expected rights, privileges, immunities, due process, and equal protection of the laws secured and protected under the federal and North Carolina Constitutions;
c. Your Claimant demands for a medial notification of the nature of this lawsuit, claims for relief, and civil-rights complaint, so that potential injury may be prevented.
d. Demand for attorney fees at 33% of the aggregated amount, sum, and value, totaling the compensatory and punitive damages;

## NOTICE AND NOTIFICATION OF PERSONAL PROPERTY EXEMPTION FROM FEES AND COSTS FOR LITIGATING THIS SUIT AND CLAIM

1. Claimant hereby notify and notices the Court and trier of law, that my personal property is exempt from costs and fees for tendering and presenting this claim, and further exempt from any Court process or collection pursuant to Section 1. Personal property exemptions, Article X Homesteads and Exemption, North Carolina Constitution. See also Article I, Section 10, Clause 1 of the Constitution for the United States of America in the Republican.

2

## NOTICE TO PLEAD, APPEAR, ANSWER, DEFEND, OR SETTLE

1. A lawsuit and civil claims for relief have been filed against you and the entity you represent. The statement of facts and issues in nonconclusory terms are set out above and are subject to subsequent amendment and supplemental claims following discovery requests.
2. You are required to file your pleading, answer, defenses, affirmative defenses, or settlement with the federal Court named above, located at 401 West Trade Street, Room 210, Charlotte, North Carolina 28202;
3. Your pleading, inter alia, shall by filed with said Court within twenty-one (21) days from the day you receive this instrument.
4. You shall also file a true copy of same with the Claimant at the undersigned address-location. Failure to comply with this notice and notification will constituted your willful failure to adhered to the laws and rules governing civil-actions, and default and final default judgment and decree will be entered against you for all the damages and relief demanded in the claim and complaint.

**NONTRANSFERABLE TITLE; NONASSIGNABLE CLAIMS, RIGHTS, PRIVILEGES, AND IMMUNITIES; NONNEGOTIABLE INSTRUMENTS.**

**WITHOUT PREJUDICE, UNDER PROTEST, AND ALL PUBLIC AND PRIVATE RIGHTS PRESERVED AND RESERVED UNDER THE UNIFORM COMMERCIAL CODE, IN EQUITY, AT COMMON LAW, AND UNDER THE CONSTITUTIONS FOR THE UNITED STATES AND NORTH CAROLINA**

Dated Monday, March Twenty-three, 2026.

By: _____

Samantha L. Small, third-party beneficiary, Claimant

8703 Hollow Creek Circle, Suite L-102

Charlotte, North Carolina—[28262-8703]

Ph. 704.223.1800

3